Nicholas J. Bontrager, Esq. (SBN 252114)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
T: (323) 988-2400; F: (866) 802-0021
nbontrager@consumerlawcenter.com
Attorneys for Plaintiff,
MICHAEL SIRBU

**UNITED STATES DISTRICT COURT,**
**NORTHERN DISTRICT OF CALIFORNIA,**
**SAN FRANCISCO DIVISION**

MICHAEL SIRBU,

    Plaintiff,

v.

LEADING EDGE RECOVERY SOLUTIONS, LLC,

    Defendant.

Case No.: 3:09-cv-05515-SC

**NOTICE OF SETTLEMENT**

NOW COMES the Plaintiff, MICHAEL SIRBU, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 40 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

//
//
//
//
//

DENIED
Judge Samuel Conti
1/11/10

- 1 -

Respectfully Submitted,

DATED: January 8, 2010       KROHN & MOSS, LTD.


By: /s/ Nicholas Bontrager

    Nicholas Bontrager
    Attorney for Plaintiff

- 2 -

Notice of Settlement