1  Nicholas J. Bontrager, Esq. (SBN 252114)
   Krohn & Moss, Ltd.
2  10474 Santa Monica Blvd., Suite 401
   Los Angeles, CA 90025
3  T: (323) 988-2400; F: (866) 802-0021
   nbontrager@consumerlawcenter.com
4  Attorneys for Plaintiff,
   MICHAEL SIRBU
5

6              **UNITED STATES DISTRICT COURT,**
               **NORTHERN DISTRICT OF CALIFORNIA,**
7                  **SAN FRANCISCO DIVISION**

8  MICHAEL SIRBU,                    )  Case No.: 3:09-cv-05515-SC
                                      )
9           Plaintiff,                )
                                      )  **NOTICE OF SETTLEMENT**
10          v.                        )
                                      )
11 LEADING EDGE RECOVERY              )
                                      )
12 SOLUTIONS, LLC,                    )
                                      )
13          Defendant.                )

14

15    NOW COMES the Plaintiff, MICHAEL SIRBU, by and through the undersigned counsel

16 and hereby informs the court that a settlement of the present matter has been reached and

17 is in the process of finalizing settlement, which Plaintiff anticipates will be finalized

18 within the next 40 days.

19    Plaintiff therefore requests that this honorable court vacate all dates currently set on

20 calendar for the present matter.

21 //

22 //

23 //

24 //

25 //

[Court stamp: DENIED, Judge Samuel Conti, 1/11/10, United States District Court, Northern District of California]

- 1 -

1
2  DATED: January 8, 2010

Respectfully Submitted,

KROHN & MOSS, LTD.

3
4

By: /s/ Nicholas Bontrager

5

Nicholas Bontrager
Attorney for Plaintiff

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

1

Notice of Settlement